UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MAYNOR ESPINOZA HERNANDEZ,

    Petitioner,

    v.

SAMUEL OLSON et al.,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No. 25-cv-1670-bhl

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 is denied and this action is dismissed with prejudice.

Dated at Milwaukee, Wisconsin on January 21, 2026.

                                      LINDA M. KLEMM
                                      Clerk of Court

                                      s/ *Julie D.*
                                      (By) Deputy Clerk